UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE LEE GIPSON,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>WEST VALLEY DETENTION CENTER ET AL.,<br><br>　　　　　　　Defendants. | Case No. ED CV 19-00457-VBF-KK<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge. IT IS THEREFORE ORDERED that:

This action is dismissed without prejudice. Judgment shall be entered as a separate document per Fed. R. Civ. P. 58. IT IS SO ORDERED.

Dated: February 7, 2020

*Valerie Baker Fairbank*

Hon. Valerie Baker Fairbank
Senior United States District Judge