JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRUCE LEE GIPSON**, | **Case No. ED CV 19-00457-VBF-KK** |
| Plaintiff, | |
| v. | **JUDGMENT** |
| WEST VALLEY DETENTION CENTER, ET AL., | |
| Defendant(s). | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: February 7, 2020

*Valerie Baker Fairbank*

The Honorable Valerie Baker Fairbank
Senior United States District Judge